## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 NOV 27 PM 5:10

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> [1] MIGUEL A. FIGUEROA-RODRIGUEZ, <br> Aka "TOTE", <br> (COUNTS 1-18) <br> [2] JOSE A. TORRES-NARVAEZ, <br> Aka, "EL MENOR" <br> (COUNTS 1-3, 5-13, & 17-18) <br> [3] TAISHIA L. FIGUEROA-CRUZ <br> (COUNTS 1-3, 6-9, 11-12, & 17-18) <br><br> Defendants. | INDICTMENT <br><br> CRIMINAL NO. 23 - 427 (MAJ) <br><br> VIOLATIONS: <br> 21 U.S.C. §§ 841(a)(1) & 846 <br> 18 U.S.C. § 922(a)(1)(A), <br> 18 U.S.C. § 922(g)(1), <br> 18 U.S.C. §§ 924(c)(1)(A) & <br> (c)(1)(B)(ii), <br> 18 U.S.C. § 933(a)(1) <br> 18 U.S.C. § 2 <br><br> EIGHTEEN COUNTS & TWO <br> FORFEITURE ALLEGATIONS |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Conspiracy to Possess with Intent to Distribute Controlled Substances**
**21 U.S.C. §§ 841(a)(1) and 846**

Beginning on a date unknown, but not later than August 22, 2023, and continuing up to and including the return of the instant Indictment, in the District of Puerto Rico and within the jurisdiction of this Court,

[1] MIGUEL A. FIGUEROA-RODRIGUEZ,
[2] JOSE A. TORRES-NARVAEZ,
[3] TAISHIA L. FIGUEROA-CRUZ,

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree other persons known and unknown to the Grand Jury, to commit offenses against the United States in that they knowingly and intentionally distributed and

possessed with intent to distribute four hundred grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-(2-phenylethyl)-4-piperidinyl ] propanamide (fentanyl); and five hundred grams or more of a mixture and substance containing a detectable amount of cocaine, both a Schedule II Narcotic Drug Controlled Substance. All in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(B)(ii), and 846.

## COUNT TWO
**Possession with Intent to Distribute a Controlled Substance – Fentanyl**
**21 U.S.C. §§ 841(a)(1)**

On or about August 25, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] MIGUEL A. FIGUEROA-RODRIGUEZ,**
**[2] JOSE A. TORRES-NARVAEZ,**
**[3] TAISHIA L. FIGUEROA-CRUZ,**

the defendants herein, aided and abetted each other and other persons known and unknown to the Grand Jury, did knowingly and intentionally distribute and possess with intent to distribute four hundred grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-(2-phenylethyl)-4-piperidinyl ] propanamide (fentanyl), a Schedule II Narcotic Drug Controlled Substance. All in violation of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(vi) and 18 U.S.C. § 2.

## COUNT THREE
**Possession with Intent to Distribute – Cocaine**
**21 U.S.C. § 841(a)(1)**

On or about September 22, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] MIGUEL A. FIGUEROA-RODRIGUEZ,**
**[2] JOSE A. TORRES-NARVAEZ,**
**[3] TAISHIA L. FIGUEROA-CRUZ,**

the defendants herein, aiding and abetting each other and other persons known and unknown to the Grand Jury, did knowingly and intentionally distribute and possess with intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance. All in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(ii) and 18 U.S.C. § 2.

## COUNT FOUR
**Possession with Intent to Distribute – Cocaine**
**21 U.S.C. § 841(a)(1)**

On or about September 26, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] MIGUEL A. FIGUEROA-RODRIGUEZ,**

the defendant herein, aided and abetted by other persons known and unknown to the Grand Jury, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance. All in violation of 21 U.S.C. §§ 841(a)(1) & (C) and 18 U.S.C. § 2.

## COUNT FIVE
### Possession with Intent to Distribute a Controlled Substance – Fentanyl
### 21 U.S.C. §§ 841(a)(1)

On or about October 16, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] MIGUEL A. FIGUEROA-RODRIGUEZ,**
**[2] JOSE A. TORRES-NARVAEZ,**

the defendants herein, aiding and abetting each other and other persons known and unknown to the Grand Jury, did knowingly and intentionally distribute and possess with intent to distribute forty grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- (2-phenylethyl ) -4-piperidinyl ] propanamide (fentanyl), a Schedule II Narcotic Drug Controlled Substance. All in violation of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(vi) and 18 U.S.C. § 2.

## COUNT SIX
### Possession of a Machinegun in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(B)(ii))

On or about August 25, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] MIGUEL A. FIGUEROA-RODRIGUEZ,**
**[2] JOSE A. TORRES-NARVAEZ,**
**[3] TAISHIA L. FIGUEROA-CRUZ,**

the defendants herein, aiding and abetting each other and other persons known and unknown to the Grand Jury, did knowingly and unlawfully possess a machinegun, that is, one Glock pistol, Model 22, .40 caliber, bearing serial number BXV680US, which had been modified to shoot automatically, more than one shot, without manual

reloading, by a single function of the trigger, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a). All in violation of 18 U.S.C. §§ 924(c)(1)(B)(ii) & 2.

## COUNT SEVEN
## Possession of Firearms in Furtherance of a Drug Trafficking Crime
## (18 U.S.C. § 924(c)(1)(A))

On or about August 25, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

[1] MIGUEL A. FIGUEROA-RODRIGUEZ,
[2] JOSE A. TORRES-NARVAEZ,
[3] TAISHIA L. FIGUEROA-CRUZ,

the defendants herein, aiding and abetting each other and other persons known and unknown to the Grand Jury, did knowingly and intentionally possess a firearm, that is, one Glock pistol, Model 22, .40 caliber, bearing serial number BXV680US, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a). All in violation of 18 U.S.C. §§ 924(c)(1)(A) & 2.

## COUNT EIGHT
**Possession of a Machinegun in Furtherance of a Drug Trafficking Crime**
**(18 U.S.C. § 924(c)(1)(B)(ii))**

On or about September 22, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

> [1] **MIGUEL A. FIGUEROA-RODRIGUEZ,**
> [2] **JOSE A. TORRES-NARVAEZ,**
> [3] **TAISHIA L. FIGUEROA-CRUZ,**

the defendants herein, aiding and abetting each other and other persons known and unknown to the Grand Jury, did knowingly and unlawfully possess a machinegun, that is, one Glock pistol, Model 27, .40 caliber, bearing serial number SFZ941, which had been modified to shoot automatically, more than one shot, without manual reloading, by a single function of the trigger, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a). All in violation of 18 U.S.C. §§ 924(c)(1)(B)(ii) & 2.

## COUNT NINE
**Possession of Firearms in Furtherance of a Drug Trafficking Crime**
**(18 U.S.C. § 924(c)(1)(A))**

On or about September 22, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

> [1] **MIGUEL A. FIGUEROA-RODRIGUEZ,**
> [2] **JOSE A. TORRES-NARVAEZ,**
> [3] **TAISHIA L. FIGUEROA-CRUZ,**

the defendants herein, aiding and abetting each other and other persons known and unknown to the Grand Jury, did knowingly and intentionally possess a firearm, that

is, one Glock pistol, Model 27, .40 caliber, bearing serial number SFZ941, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a). All in violation of 18 U.S.C. §§ 924(c)(1)(A) & 2.

## COUNT TEN
### Possession of Firearms in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A))

On or about October 16, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] MIGUEL A. FIGUEROA-RODRIGUEZ,**
**[2] JOSE A. TORRES-NARVAEZ,**

the defendants herein, aiding and abetting each other and other persons known and unknown to the Grand Jury, did knowingly and intentionally possess firearms, that is, one Glock pistol, Model 22, .40 caliber, bearing serial number KDM604, and a AR-15-Type Privately Made Firearm ("PMF"), bearing no manufacturer's marking or serial numbers, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a). All in violation of 18 U.S.C. §§ 924(c)(1)(A) & 2.

## COUNT ELEVEN
### Engaging in the Business of Dealing in Firearms without a License
### (18 U.S.C. §922(a)(1)(A))

On or about August 25, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] MIGUEL A. FIGUEROA-RODRIGUEZ,**
**[2] JOSE A. TORRES-NARVAEZ,**
**[3] TAISHIA L. FIGUEROA-CRUZ,**

the defendants herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, U.S.C., aiding and abetting each other and other persons known and unknown to the Grand Jury, did willfully engage in the business of dealing in firearms without a license, in that they sold a Glock pistol with serial number BXV680US to Individual A. All in violation of 18 U.S.C. §§ 922(a)(1)(A) and 2.

## COUNT TWELVE
### Engaging in the Business of Dealing in Firearms without a License
### (18 U.S.C. §922(a)(1)(A))

On or about September 22, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] MIGUEL A. FIGUEROA-RODRIGUEZ,**
**[2] JOSE A. TORRES-NARVAEZ,**
**[3] TAISHIA L. FIGUEROA-CRUZ,**

the defendants herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, U.S.C., aiding and abetting each other and other persons known and unknown to the Grand Jury, did willfully engage in the business of dealing in firearms without a license, in that they sold a Glock pistol with serial number SFZ941 to Individual A. All in violation of 18 U.S.C. §§ 922(a)(1)(A) and 2.

## COUNT THIRTEEN
### Engaging in the Business of Dealing in Firearms without a License
### (18 U.S.C. §922(a)(1)(A))

On or about October 16, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

### [1] MIGUEL A. FIGUEROA-RODRIGUEZ,
### [2] JOSE A. TORRES-NARVAEZ,

the defendants herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, U.S.C., aiding and abetting each other and other persons known and unknown to the Grand Jury, did willfully engage in the business of dealing in firearms without a license, in that they sold to Individual A, a Glock pistol, Model 22, .40 caliber, bearing serial number KDM604 for $2,500, and a AR-15-Type Privately Made Firearm ("PMF"), bearing no manufacturer's marking or serial numbers for $3,500. All in violation of 18 U.S.C. §§ 922(a)(1)(A) and 2.

## COUNT FOURTEEN
### Possession by a Prohibited Person
### (18 U.S.C. §922(g)(1))

On or about August 25, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

### [1] MIGUEL A. FIGUEROA-RODRIGUEZ,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one Glock pistol, Model 22, .40 caliber, bearing serial number BXV680US, said firearm having been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

## COUNT FIFTEEN
### Possession by a Prohibited Person
### (18 U.S.C. §922(g)(1)

On or about September 22, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

### [1] MIGUEL A. FIGUEROA-RODRIGUEZ,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one Glock pistol, Model 27, .40 caliber, bearing serial number SFZ941, said firearm having been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

## COUNT SIXTEEN
### Possession by a Prohibited Person
### (18 U.S.C. §922(g)(1)

On or about October 16, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

### [1] MIGUEL A. FIGUEROA-RODRIGUEZ,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one Glock pistol, Model 22, .40 caliber, bearing serial number KDM604, said firearm having been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

## COUNT SEVENTEEN
### Firearms Trafficking
### (18 U.S.C. §933(a)(1))

On or about August 25, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] MIGUEL A. FIGUEROA-RODRIGUEZ,**
**[2] JOSE A. TORRES-NARVAEZ,**
**[3] TAISHIA L. FIGUEROA-CRUZ,**

the defendants herein, aiding and abetting each other and by others known and unknown to the Grand Jury, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: one Glock pistol, Model 22, .40 caliber, bearing serial number BXV680US, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony. All in violation of 18 U.S.C. §§ 933(a)(1)(A) and 2.

## COUNT EIGHTEEN
### Firearms Trafficking
### (18 U.S.C. §933(a)(1))

On or about September 22, 2023, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] MIGUEL A. FIGUEROA-RODRIGUEZ,**
**[2] JOSE A. TORRES-NARVAEZ,**
**[3] TAISHIA L. FIGUEROA-CRUZ,**

the defendants herein, aiding and abetting each other and by others known and unknown to the Grand Jury, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: one Glock pistol, Model 27, .40 caliber, bearing

serial number SFZ941, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony. All in violation of 18 U.S.C. §§ 933(a)(1)(A) and 2.

## NARCOTICS FORFEITURE ALLEGATION
### 21 U.S.C. § 853

The allegations contained in Counts ONE through FIVE of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841 and 846,

**[1] MIGUEL A. FIGUEROA-RODRIGUEZ,**
**[2] JOSE A. TORRES-NARVAEZ,**
**[3] TAISHIA L. FIGUEROA-CRUZ,**

the defendants, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
### (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

Upon conviction of the offenses in violation of 18 U.S.C. § 924(c), as set forth in Counts SIX, SEVEN, EIGHT, NINE, and TEN of this Indictment,

**[1] MIGUEL A. FIGUEROA-RODRIGUEZ,**
**[2] JOSE A. TORRES-NARVAEZ,**
**[3] TAISHIA L. FIGUEROA-CRUZ,**

the defendants, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

- one Glock pistol, Model 22, .40 caliber, bearing serial number BXV680US, with an attached machinegun conversion device;
- one Glock pistol, Model 27, .40 caliber, bearing serial number SFZ941, with an attached machinegun conversion device;
- one Glock pistol, Model 22, .40 caliber, bearing serial number KDM604;
- one AR-15-Type Privately Made Firearm ("PMF"), bearing no manufacturer's marking or serial number;

- three .40 Glock pistol magazines.
- two .40 Glock pistol high capacity magazines
- one 5.56 rifle magazine;
- one high-capacity, .40 caliber, Glock drum pistol magazine; and
- assorted firearm parts.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

W. STEPHEN MULDROW
United States Attorney

_____
Max J. Pérez-Bouret
Assistant United States Attorney, Chief
Transnational Organized Crime Section

_____
for: María L. Montañez-Concepción
Assistant U.S. Attorney, Deputy Chief
Transnational Organized Crime Section

_____
Antonio J. López-Rivera
Assistant United States Attorney
Transnational Organized Crime Section

TRUE BILL

███████████████

FOREPERSON

Date: 11/27/23