IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>[3] TAISHIA L. FIGUEROA-CRUZ,<br><br>    Defendant. | Criminal No. 23-427 (MAJ) |

## MOTION TO RESTRICT

TO THE HONORABLE COURT:

    COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

    1. Today, February 14, 2024, the United States filed a pleading that is self-explanatory related to the above captioned case. See ECF No. 47.

    2. In compliance with the requirements of this Court's Standing Order No. 9 dated January 30, 2013, the United States respectfully requests that the Pleading be accepted by the Court for filing with the following level of restriction:

    *Selected Parties only*: limiting viewing to selected participants within the case and Court personnel.

    3. The United States is filing the Pleading with the requested level of restriction because the level of restriction requested is necessary to protect the confidentiality of the matters.

    4. As more fully set forth in the Pleading, the protection of the information detailed in the Pleading outweighs the presumption of public access.

**WHEREFORE**, the United States respectfully prays the Court accept and file the Pleading under the requested restriction level, and that an ORDER issue directing the Pleading to remain under such restriction level until further order by the Court.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, on February 14, 2024.

W. STEPHEN MULDROW
UNITED STATES ATTORNEY

/s/ Antonio J. López-Rivera
Antonio J. López-Rivera – G03904
Assistant United States Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918
antonio.j.lopez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Antonio J. López-Rivera
Antonio J. López-Rivera – G03904
Assistant United States Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918
antonio.j.lopez@usdoj.gov